UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DIANE KLEMANN, | Case No. 3:21-cv-191 |
| *Plaintiff*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Debra C. Poplin |
| CVS PHARMACY, INC., | |
| *Defendant*. | |

## JUDGMENT ORDER

For the reasons set forth in the order filed herewith, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** to refiling in compliance with the applicable arbitration agreement and without costs. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
/s/ *LeAnna R. Wilson*
CLERK OF COURT